IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD A. BRYAN,
    Petitioner,

vs.                            Case No.:  5:05cv171/SPM/EMT

JAMES CROSBY,
    Respondent.
_____/

### ORDER

       This matter is before the court on Petitioner's "Petition for Declaratory Relief" (Doc. 16). In essence, Petitioner states his opposition to Respondent's motion for extension of time to file an answer to his habeas petition, which the court previously granted (*see* Docs. 14, 15), and requests that the court immediately review his petition without the benefit of Respondent's answer. The court construes the instant "Petition" as a motion to expedite the instant habeas corpus proceeding and concludes that Petitioner has failed to show good cause for expediting this matter; therefore, the motion shall be denied.

       Accordingly, it is **ORDERED**:

       Petitioner's "Petition for Declaratory Relief" (Doc. 16), construed as a motion to expedite the proceedings in this habeas corpus action, is **DENIED**.

       **DONE AND ORDERED** this 20th day of January 2006.

                                     /s/ *Elizabeth M. Timothy*
                                     **ELIZABETH M. TIMOTHY**
                                     **UNITED STATES MAGISTRATE JUDGE**