IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD A. BRYAN,

       Petitioner,

vs.                                  CASE NO.: 5:05cv171-SPM/EMT

JAMES R. MCDONOUGH

       Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 39) dated December 5, 2006. Petitioner was given an extension of time to file an objection, which he did on April 17, 2007 (doc. 45). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

As explained in the report and recommendation, Petitioner has not stated a valid claim for relief under § 2254. First, his petition raises issues of state law which are not cognizable under § 2254. Tejada v. Dugger, 941 F.2d 1551, 1559 (11th Cir. 1992). Second, Petitioner has not stated a due process claim because he has not raised a bona fide doubt regarding his competency to stand trial. Medina v. Singletary, 59 F.3d 1095, 1106-07 (11th Cir. 1995). Finally, Petitioner

Page 2 of 2

has not raised a valid equal protection claim because he has not demonstrated that he was treated differently than similarly situated persons for discriminatory reasons.  <u>Sweet v. Sec'y, Dep't of Corrections</u>, 467 F.2d 1311, 1318-19 (11th Cir. 2006).   Accordingly, it is

 ORDERED AND ADJUDGED:

 1. The Magistrate Judge's report and recommendation (doc.  39) is adopted and incorporated by reference into this order.

 2. The § 2254 petition (doc. 1) is denied.

 DONE AND ORDERED this 21[th] day of June, 2007.

   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge

CASE NO.: 5:05cv171-SPM/EMT